DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHANNON DUFF WAGNER,
a/k/a SHANNON RENEE DUFF,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3529

_____

September 3, 2021

Appeal from the Circuit Court for Polk County; Mark F. Carpanini, Judge.

Howard L. Dimmig, II, Public Defender, and Eric S. Gardner, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.